**MINUTES [00:30]**
**September 22, 2025**

**JUDGE ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

| | |
|---|---|
| DEVONTE DAVIS | CIVIL ACTION NO. 23-1071 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| TYLER THOMPSON ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

---

On September 22, 2025, the Court held a zoom status conference in the above-captioned matter. William Pesnell appeared on behalf of Plaintiff Devonte Davis. H. Bradford Calvit and Eli Meaux appeared on behalf of Defendants Tyler Thompson, Anthony Peterson, and Sheriff Mark Wood. Melanie Simpson is the law clerk assigned to this matter, and any questions should be directed to her.

Mr. Calvit informed the Court that his law firm has a conflict of interest with Anthony Peterson.  Mr. Calvit believes the third-party administrator of the Sheriff's defense fund will be appointing a new law firm to represent Anthony Peterson in this matter, but is unsure.

The Court inquired as to whether this case is in a position to proceed to trial on December 8, 2025, as currently scheduled. Counsel indicated they are not ready to proceed to trial at this time. Additional discovery is required, including the depositions of the Plaintiff and the Defendants. Based on this information, the Court will reopen

discovery until **January 20, 2026**. Thereafter, the Court hopes the parties will be in a better position to proceed to trial as this matter has been pending for two years.

The pretrial conference set for **November 6, 2025**, is **CANCELED**, and the jury trial scheduled for **December 8, 2025**, is **CONTINUED**. Both matters will be reset in due course. A status conference is set for **February 18, 2026, at 1:00 p.m.** via Zoom. Log-in instructions will be emailed directly to counsel.